TRULINCS 13177081 - JOHNSON, KURT F - Unit: MAR-I-A

----------------------------------------------------------------------------------------

FROM: 13177081
TO: CMU
SUBJECT: ***Request to Staff*** JOHNSON, KURT, Reg# 13177081, MAR-I-A
DATE: 10/11/2017 05:25:26 PM

To: East Saint Louis Court
Inmate Work Assignment: n/a

NOTE: CTU and all ASSOCIATES: The use of your criminal mail system by necessity is not acceptance and no claim of injury is hereby waived.

KURT JOHNSON 13177-081
COMMUNICATION MANAGEMENT UNIT
P.O. BOX 1000
MARION, IL 62959

UNITED STATES COURT
750 MISSOURI AVE. RM. 104
EAST SAINT LOUIS, IL 62201

In re: Mr. William True
       Mrs. Kathy Hill

Dear Sirs;

   I am currently held in one of your government's secret prisons. The CMU at Marion, Il. Criminal mail handlers who censor all the content of our mail have been inserted between myself and the Postal Service. Therefore I am not allowed to receive any mail and can only mail out by legal necessity and privilege. If they do not like the content they confiscate the mail, or lose the mail intentionally, never to be sent. For this reason I have had my mother Nell Leffel e-file the petition(s) with the fee paid but also with the USM 285 form for service. A copy of the motion for in forma pauperis has been filed herewith and a copy of the inmate account. I would like the court to issue an order for the service fees to be taken from my inmate account or to have them taken as the first order of business from the estate(s). I will never receive any mail from this court and it is impossible under these circumstances to obtain relief from the courts to remedy this illegal activity. Complaints never make it to the court or out of this unit, See 15-cv-525 NJR (8-2016) from your Benton branch. Therefore if the trustee or court absolutely need to communicate with me they must set up a legal call at 618-964-1441 with the case manager currently Mr. Gary Burgess. All mail should be sent to Kurt Johnson c/o 615 S. Palm Ave. Sarasota, FL 34236.

                                        Sincerely,
                                        Kurt Johnson

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DEFENDANT | TYPE OF PROCESS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mr. William True (WARDEN)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4500 Prison Rd. Marion, IL 62959

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KURT JOHNSON
c/o 615 S. PALM AV.
Sarasota, FL 34236

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

The above address is the work address. The shift is M-F 8-4pm.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 941-932-6032
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

APPENDIX

Petitioner has appended a certified copy of the judgment claim affirmed on appeal and not a possible subject of a bona fide dispute which meets all the requirements of 11 U.S.C. §303(b) as "Exhibit A" in his Habeas Corpus petition "KURT F. JOHNSON v. TODD SLOOP" filed in the SOUTHERN DISTRICT OF ILLINOIS, Benton, IL. All relevant parties can review said judgment there or obtain a certified copy from the World Court IWC-011416-A862234-003 in NEW YORK for $75. The current value of the judgment to Petitioner and direct and immediate liability to this Debtor as of January 1, 2017 is $21,000,000,000.00. However Petitioner/ Creditor did Cancel $1,000,000,000.00 through the 1099C tax mechanism so that the current unpaid balance is $20,000,000,000.00 It is believed by Petitioner/ Creditor that this debt obligation so far exceeds the Debtor's assets and income potential that they are effectively "BANKRUPT".

The Petitioner/Creditor has no knowledge of this Debtor having enough creditors for preventing this singular creditor filing and suspects this fact to be true. Further, believes that the fraudulent practices of this Debtor would constitute "Special Circumstance" exception to the 3 creditor requirement of 11 U.S.C. §303(b) if the debtor should have more than 12 creditors. See 249 BR 411: In re Moss: May 15, 2000 (5th Cir. N.D. Tex). This debtor was a co-conspirator in a continuing criminal enterprise where they used overt and covert acts under the color of authority to defraud Creditor of rights, title, and interest. These acts have not ceased by having the claim reduced to judgment, in fact obstruction of this process is almost a certainty.

As part of this conspiracy Creditor is precluded from using the Postal System to conduct his affairs. Therefore this court has an equitable problem of finding a way for this Creditor to exercise his 1st Amendment right of redress. No mail sent to the Creditor will be received while Creditor is housed in this illegal censorship prison. "Legal Mail" is received but this must have "Special/ Legal Mail, Open only in the presence of the inmate" and be mailed from an attorney. All other mail is opened outside the inmate's presence and never received. This court cannot send me mail that I will receive. Therefore it is necessary for this court to issue an Order for all it's mail to be treated as legal mail an opened only in the presence of the inmate or as a matter of urgency appoint an INTERIM TRUSTEE who can make legal phone calls via 618-964-1441. Creditor had to go to great lengths to get this petition filed without the interference of the conspiracy. Debtor cannot serve an answer upon Creditor via the mail. It must come by process service or via legal mail sent by an attorney with the proper notations. Under these unique and harsh circumstances, unless relief should be granted by the above mentioned Habeas, the burden to prosecute this action falls upon the INTERIM TRUSTEE. With the facts and the law already settled in this action and there being no room for argument the trustee and court should be able to liquidate this estate with minimal participation from the Creditor. The judgment is the product of the Supreme Law of this land as an operation of Treaty and is therefore binding upon all parties. The Debtor through representation was granted an injuction until their abatement hearing. They lost. They appealed the final judgment and lost. The debt is firmly established.

I, Kurt F. Johnson, the Petitioner/Creditor, declare and state that the facts presented in this Petition and this Appendix are true, correct, not misleading, based upon first-hand knowledge, and as for those facts based upon belief they are believed true, being of majority in age and competent for testifying. Reserving the right of amending for truth, clarity, and justice.

28 U.S.C. § 1746

_____
Kurt F. Johnson.

page 1 of 1

NOTE: CTU and all ASSOCIATES: The use of your criminal mail system by necessity is not acceptance and no claim of injury is hereby waived.

KURT JOHNSON 13177-081
COMMUNICATION MANAGEMENT UNIT
P.O. BOX 1000
MARION, IL 62959

in the united states bankruptcy court
for the southern district of illinois

In re: William True
       Kathy Hill                         Case No(s). _____

                                          _____

                              MOTION FOR IN FORMA PAUPERIS

The movant KURT JOHNSON declares and states under the penalty of perjury that the facts contained herein are true, correct, not misleading. Being competent to testify and majority in age.

As the inmate no job is held at the institution and no income from any source is earned. Only gifts coming into the trust account are provided. A copy of the trust account activity for the last 6 months is attached herewith for verification. No assets are possessed except uncollected court issued judgments. Which have no cash value until collected. I am in no position to pay all the fees up front and seek for this court to issue an order to have payments removed from the trust account like that issued in 15-cv-525 NJR out of your Benton branch or to have them paid as the first order of business from the estate(s).

                                          Respectfully submitted,

                                          By: _____
                                          (For KURT JOHNSON 13177-081

Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of Illinois  ▼

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 105
# Involuntary Petition Against an Individual
12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-Individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's full name**

   WILLIAM
   First name

   _____
   Middle name

   TRUE
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

   Unknown

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☑ Unknown

   xxx – xx – ___ ___ ___ ___     OR     9 xx – xx – ___ ___ ___ ___

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☑ Unknown

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

   ___ ___ – ___ ___ ___ ___ ___ ___ ___
   EIN

Debtor **WILLIAM TRUE** _____   Case number (if known) _____

6. **Debtor's address**

Principal residence

Warden of Prison
<u>Number      Street</u>

4500 Prison Road
_____

<u>Marion                    IL      62959</u>
City                        State    ZIP Code

WILLIAMSON
<u>County</u>

Principal place of business

<u>Number    Street</u>

_____

<u>City                    State    ZIP Code</u>

<u>County</u>

Mailing address, if different from residence

<u>Number      Street</u>

_____

<u>City                        State    ZIP Code</u>

7. **Type of business**

☑ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

8. **Type of debt**

**Each petitioner believes:**

☑ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

9. **Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____   Relationship _____
     District _____ Date filed _____   Case number, if known _____
                                MM / DD / YYYY

     Debtor _____   Relationship _____
     District _____ Date filed _____   Case number, if known _____
                                MM / DD / YYYY

Debtor **WILLIAM TRUE**     Case number (if known) _____

### Part 3: Report About the Case

**10. Venue**

Reason for filing in this court.

*Check one:*

- ☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.
- ☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☑ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Kurt F. Johnson | See Appendix - 20 Billion Dollar judgment awarded by World Court in Netherlands | $ |
| | | $ |
| | | $ |
| | Total | $ |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor **WILLIAM TRUE**　　　　　　　　　　　　　　　Case number (if known) _____

### Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**　　　　　　　　　　**Attorneys**

✗ _____　　　　　　✗ _____
Signature of petitioner or representative, including representative's title　　Signature of attorney

Printed name of petitioner: **Kurt F. Johnson**　　　　　　　　Printed name: _____

Date signed: **12/28/2017** MM / DD / YYYY　　　　　　　　Firm name, if any: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Number　Street

Mailing address of petitioner:

**Kurt F. Johnson, c/o 615 S. Palm Ave., # 11**　　　　　City _____ State ____ ZIP Code ____
Number　Street

**Sarasota**　　　**FL**　**34236**　　　　　　　　　　Date signed: ____ MM / DD / YYYY
City　　　　　State　ZIP Code
　　　　　　　　　　　　　　　　　　　　　　　　　　Contact phone _____ Email _____

If petitioner is an individual and is not represented by an attorney:

Contact phone: **941-932-0032**
Email: **sarasotanell@gmail.cm**

Name and mailing address of petitioner's representative, if any

**NELL LEFFEL**
Name

**615 S. Palm Ave., # 11**
Number　Street

**Sarasota**　　　**FL**　**34236**
City　　　　　State　ZIP Code

| | |
|---|---|
| Debtor **WILLIAM TRUE** | Case number (if known) _____ |
| ✗ _____ | ✗ _____ |
| Signature of petitioner or representative, including representative's title | Signature of Attorney |
| **Kurt F. Johnson** | _____ |
| Printed name of petitioner | Printed name |
| Date signed **12/28/2017** | _____ |
| MM / DD / YYYY | Firm name, if any |
| | _____ |
| | Number   Street |
| **Mailing address of petitioner** | _____ |
| **Kurt F. Johnson, c/o 615 S. Palm Ave., # 11** | City                State          ZIP Code |
| Number   Street | Date signed _____ |
| **Sarasota              FL    34236** | MM / DD / YYYY |
| City              State       ZIP Code | Contact phone _____ Email _____ |
| **Name and mailing address of petitioner's representative, if any** | |
| **NELL LEFFEL** | |
| Name | |
| **615 S. Palm Ave., # 11** | |
| Number  Street | |
| **Sarasota     FL           34236** | |
| City     State ZIP Code | |

| | |
|---|---|
| ✗ _____ | ✗ _____ |
| Signature of petitioner or representative, including representative's title | Signature of Attorney |
| **Kurt F. Johnson** | _____ |
| Printed name of petitioner | Printed name |
| Date signed **12/28/2107** | _____ |
| MM / DD / YYYY | Firm name, if any |
| | _____ |
| | Number   Street |
| **Mailing address of petitioner** | _____ |
| **Kurt F. Johnson, c/o  615 S. Palm Ave., # 11** | City                State          ZIP Code |
| Number  Street | Date signed _____ |
| **Sarasota              FL    34236** | MM / DD / YYYY |
| City              State       ZIP Code | Contact phone _____ Email _____ |
| **Name and mailing address of petitioner's representative, if any** | |
| **NELL LEFFEL** | |
| Name | |
| **615 S. Palm Ave., # 11** | |
| Number  Street | |
| **Sarasota      FL           34236** | |
| City      State      ZIP Code | |

From
Nell Leffel
615 S. Palm Ave #11
SARASota, FL. 34236

02

U.S.C
Southern District Court
Clerks Ofc. #104
750 Missouri ave.
ST Louis, IL.
62201

MAIL CLEARED
US MARSHALS

DEC 30 2017

7017 0190 0000 2395 4794

CERTIFIED MAIL

RETURN RECEIPT
REQUESTED

U.S. POSTAGE PAID
OSPREY, FL
34229
DEC 30 17
AMOUNT
$7.50
R2304E106024-07

RECEIVED
JAN - 3 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE